NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL A. WHITE,                              )
                                           )
            Appellant,                      )
                                           )
v.                                         )      Case No. 2D18-1416
                                           )
STATE OF FLORIDA,                           )
                                           )
            Appellee.                       )
_____ )


Opinion filed February 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Paul A. White, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.